AO 442 (Rev 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

FID 162151

for the

District of Columbia

**RECEIVED**
By USMS District of Columbia District Court at 5:19 pm, Dec 10, 2025

United States of America
v.
Donald Taylor

*Defendant*

)
)
)
)
)
)

Case: 1:25-cr-00382
Assigned To: Judge Sooknanan Sparkle L.
Assign Date: 12/9/2025
Description: INDICTMENT (B)

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Donald Taylor

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846
(Conspiracy to Distribute and Possess with Intent to Distribute 40 Grams or More of Fentanyl and 28 Grams or More of Cocaine Base)
21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(vi)
(Unlawful Distribution of 40 Grams or More of Fentanyl)
221 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(ii) and 841(b)(1)(B)(vi)
(Unlawful Distribution of 40 Grams or More of Fentanyl and 28 Grams or More of Cocaine Base)
21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(ii)
(Unlawful Possession with Intent to Distribute 28 Grams or More of Cocaine Base)

Date: 12/09/2025

*Issuing officer's signature*

City and state:  Washington, D.C.

Moxila Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 12/10/2025, and the person was arrested on *(date)* 12/11/2025
at *(city and state)* Riverdale MD.

Date: 12/11/2025

*Arresting officer's signature*

SCOTT BROWN    TFO/FBI
*Printed name and title*